UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANTAS REYES AVILA GARCIA,<br><br>                  Plaintiff,<br><br>    v.<br><br>KRISTI NOEM et al.,<br><br>                  Defendants. | CASE NO. 3:25-cv-06008-DGE<br><br>ORDER ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (DKT. NO. 2) |

On November 11, 2025, Plaintiff filed a complaint seeking, among other things, an order requiring Defendants adjudicate and issue a decision on her application for T nonimmigrant status. (Dkt. No. 1 at 12.) Plaintiff also filed a motion for a Temporary Restraining order ("TRO") wherein Plaintiff seeks to restrain the Defendants (1) from removing Plaintiff from the United States and (2) from transferring Plaintiff from the Northwest Immigration and Customs Enforcement ("ICE") Processing Center during the pendency of these proceedings ("NWIPC"). (Dkt. No. 2.) Defendants have filed a notice of intent to oppose the motion for a temporary restraining order. (Dkt. No. 6.)

Plaintiff is a native of Guatemala who last entered the United States in August of 1993. (Dkt. No. 2-1 at 4.) Plaintiff previously was detained by ICE in December 2007 and subsequently was granted voluntary departure in May of 2009. (*Id*. at 14.) Plaintiff failed to depart. (*Id*. at 8.) Plaintiff filed an application for T Nonimmigrant Status on approximately August 25, 2025. (Dkt. No. 2-1.) Plaintiff asserts her removal from the United States would eliminate her eligibility for T Nonimmigrant status. (Dkt. No. 2 at 5.) Plaintiff requested a stay of removal, which was denied. (Dkt. No. 2-1 at 2, 18.) Plaintiff is currently detained at NWIPC in Tacoma, Washington. (Dkt. No. 2 at 2.) Plaintiff, through counsel, asserts she received a notice that she would be transferred or removed from the United States at any time. (Dkt. No. 2-1 at 2.) Plaintiff alleges a similar notice was given to her spouse on November 10, 2025 and that her spouse has been transferred to El Paso Texas as of yesterday, November 11, 2025. (*Id*.)

The Court ORDERS as follows:

1. Plaintiff's motion for temporary restraining order (Dkt. No. 2) is provisionally GRANTED pending Defendants' response to the motion for the purpose of maintaining the status quo while the Court reviews the merits of the motion.

2. Defendants are PROHIBITED from removing Plaintiff from the United States or this jurisdiction—i.e., the Western District of Washington—without further order from this Court prior to the Court issuing a decision on the merits of the motion for a TRO.

3. The Parties shall immediately meet and confer on (1) a briefing schedule for the motion for TRO and (2) whether the government will agree to a stipulated order to not remove Plaintiff from the United States and to not transfer Plaintiff to another facility during the pendency of this action.

4. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Defendants SHALL respond to the motion for TRO on the schedule set by Local Civil Rule 65 once service is accomplished.

5. The Parties SHALL contact the courtroom deputy by email if they wish to schedule oral argument on the motion for TRO.

Dated this 12th day of November, 2025.

David G. Estudillo
United States District Judge

ORDER ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 3